IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission; all Fifty States, and the District of Columbia,<br><br>Plaintiffs,<br><br>v.<br><br>Cancer Fund of America, Inc., a Delaware corporation, et al.,<br>Defendants. | No. CV-15-00884-PHX-NVW<br><br>**ORDER** |

The Plaintiffs having filed their Unopposed Motion by the Plaintiff States for Leave to Appear Through a Representative (Doc. 121), and the Court having considered same,

IT IS HEREBY ORDERED:

In recognition of the difficulties inherent in asking fifty-two separately represented plaintiffs to each participate in hearings, conferences, and meet and confer sessions, each party to this action is hereby permitted to appear at any hearings, conferences, and meet and confer sessions through a designated representative, if that party so chooses, under the following conditions:

1) The designated representative must be authorized to make decisions on behalf of that representative's designees for the purposes of that hearing, conference, or meet and confer session; and

2) The designated representative must identify the parties on whose behalf they are appearing at the hearing, conference, or meet and confer session.

3) Counsel for the Federal Trade Commission shall appear at all proceedings but may appear by telephone unless specifically ordered otherwise.

Nothing in this order shall be construed to limit this Court's ability to require any party's appearance at any hearing, conference, or meet and confer session. In addition, nothing in this order shall be construed to force any party to designate a representative or to appear through a designated representative.

DATED this 19th day of August, 2015.

_____
Neil V. Wake
United States District Judge