LAW OFFICES
**THE DOYLE FIRM, P.C.**
1313 E. OSBORN ROAD, SUITE 220
PHOENIX, ARIZONA 85014
(602) 240-6711 TELEPHONE NUMBER
(602) 240-6951 FACSIMILE NUMBER
FIRM E-MAIL: alg@doylelawgroup.com
WILLIAM H. DOYLE, ARIZONA BAR NUMBER #007285
BRIAN R. HAUSER, ARIZONA BAR NUMBER #006181
ATTORNEYS FOR DEFENDANTS CANCER FUND OF AMERICA, INC.,
CANCER SUPPORT SERVICES, INC. AND JAMES REYNOLDS, SR.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, and the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming and the District of Columbia,<br><br>Plaintiffs,<br><br>vs.<br><br>Cancer Fund of America, Inc. also d/b/a Breast Cancer Financial Assistance Fund, a Delaware corporation; Cancer Support Services, Inc., a District of Columbia corporation; Children's Cancer Fund of America, Inc., an Arizona corporation; The Breast Cancer Society in America, a Delaware corporation; James Reynolds, Sr., individually and in his capacity as an officer | NO. 2:15-cv-00884-NVW<br><br>**DEFENDANT CANCER FUND OF AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT** |

or director of Cancer Fund of America, Inc.; Rose Perkins, individually and in her capacity as an officer or director of Children's Cancer Fund of America, Inc.; and James Reynolds II, aka James Reynolds, Jr., individually and in his capacity as an officer or director of The Breast Cancer Society, Inc.

Defendants.

This Corporate Disclosure Statement is filed on behalf of Defendant Cancer Fund of America, Inc., in compliance with the provisions of: (*check one*)

__X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed.*) _____

Relationship_____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

_____ Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this __17th__ day of September, 2015.

        THE DOYLE FIRM, P.C.


By */s/ Brian R. Hauser*
William H. Doyle
Brian R. Hauser
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
Attorney for Defendants Cancer Fund of America, Inc., Cancer Support Services, Inc. and James Reynolds, Sr.

ELECTRONICALLY transmitted this __17th__ day of September, 2015, the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

SEE SERVICE LIST

*/s/ LaDranda T. Boudwine*

# FTC v. CFA
## Service list

| | |
|---|---|
| Tracy S. Thorleifson, Esq.<br>Sophie H. Calderon, Esq.<br>Krista K. Bush, Esq.<br>Connor Shively, Esq.<br>FEDERAL TRADE COMMISSION<br>915 2nd Avenue, Ste 2896<br>Seattle, WA 98174<br>tthorleifson@ftc.gov<br>scalderon@ftc.gov<br>kbush@ftc.gov<br>cshively@ftc.gov<br>(206) 220-6350 | Attorneys for Plaintiff Federal Trade Commission |
| Elizabeth K. Korsmo, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL HECTOR BALDERAS<br>408 Galisteo Street<br>Santa Fe, NM 87501<br>ekorsmo@nmag.gov<br>(505) 827-6000 | Attorney for Plaintiff State of New Mexico |
| Kyle Beckman, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL LUTHER STRANGE<br>501 Washington Avenue<br>Montgomery, AL 36104-0152<br>kbeckman@ago.state.al.us<br>(334) 353-2619 | Attorney for Plaintiff State of Alabama |
| Cynthia C. Drinkwater, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL CRAIG W. RICHARDS<br>1031 West 4th Avenue, Ste 200<br>Anchorage, AK 99501<br>Cynthia.drinkwater@alaska.gov | Attorney for Plaintiff State of Alaska |
| Nancy Vottero Anger, Esq.<br>Matthew du Mee, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL MARK BRNOVICH<br>1275 West Washington<br>Phoenix, Arizona 85007 | Attorneys for Plaintiff State of Arizona |

| | | |
|---|---|---|
| 1 | Nancy.anger@azag.gov<br>Matthew.dumee@azag.gov<br>T : (602) 542-7710 (Anger)<br>T : (602) 542-7731 (Du Mee)<br>F : (602) 542-4377 | |
| 2 | | |
| 3 | | |
| 4 | Kevin Wells, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL LESLIE RUTLEDGE<br>323 Center Street, Ste 500<br>Little Rock, AR 72201<br>Kevin.wells@arkansasag.gov<br>(501) 682-8063 | Attorney for Plaintiff State of Arkansas |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Sonja K. Berndt, Esq.<br>Deputy Attorney General<br>OFFICE OF ATTORNEY GENERAL KAMALA D. HARRIS<br>300 South Spring Street, Ste 1702<br>Los Angeles, CA 90013<br>Sonja.berndt@doj.ca.gov<br>(213) 897-2179 | Attorney for Plaintiff State of California |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Alissa Hecht Gardenswartz, Esq.<br>First Assistant Attorney General<br>John Feeney-Coyle, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL CYNTHIA H. COFFMAN<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 7th Fl<br>Denver, CO 80203<br>Alissa.gardenswartz@state.co.us<br>John.feeney-coyle@state.co.us<br>(720) 508-6204 (Gardenswartz)<br>(720) 508-6232 (Feeney-Coyle) | Attorneys for State of Colorado |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | LeeAnn Morrill, Esq.<br>First Assistant Attorney General<br>Public Officials Unit<br>OFFICE OF ATTORNEY GENERAL CYNTHIA H. COFFMAN<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 6th Fl<br>Denver, CO 80203<br>Leeann.morrill@state.co.us<br>(720) 508-6159 | Attorneys for Plaintiff Secretary of State Wayne Williams |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | Gary W. Hawes, Esq.<br>Assistant Attorney General | Attorney for State of Connecticut |
| 26 | | |

| | | |
|---|---|---|
| 1 | OFFICE OF ATTORNEY GENERAL GEORGE JEPSEN | |
| 2 | 55 Elm Street | |
|   | P.O. Box 120 | |
| 3 | Hartford, CT 06141-0120 | |
|   | Gary.hawes@ct.gov | |
| 4 | (860) 808-5020 | |
| 5 | Gillian L. Andrews, Esq. | Attorneys for Plaintiff State of Delaware |
|   | Deputy Attorney General | |
| 6 | OFFICE OF ATTORNEY GENERAL MATTHEW P. DENN | |
| 7 | Consumer Protection Unit | |
|   | 820 North French Street, 5th Fl | |
| 8 | Wilmington, DE 19801 | |
|   | Gregory.strong@state.de.us | |
| 9 | Gillian.andrews@state.de.us | |
|   | (302) 577-8504 (Strong) | |
| 10 | (302) 577-8844 (Andrews) | |
| 11 | Brian R. Caldwell, Esq. | Attorney for Plaintiff District of Columbia |
|   | Assistant Attorney General | |
| 12 | OFFICE OF ATTORNEY GENERAL KARL A. RACINE | |
| 13 | 441 Fourth Street, NW, Ste 600-N | |
|   | Washington, DC 20001 | |
| 14 | Brian.caldwell@dc.gov | |
|   | (202) 727-6211 | |
| 15 | | |
| 16 | William B. Armistead, Esq. | Attorney for Plaintiff State of Florida |
|   | Assistant Attorney General | |
| 17 | FLORIDA OFFICE OFO THE ATTORNEY GENERAL | |
| 18 | PL-01 The Capitol | |
|   | Tallahassee, Florida 32399 | |
| 19 | William.Armistead@myfloridalegal.com | |
|   | T: (850) 414-3805 | |
| 20 | Daniel Walsh, Esq. | Attorney for Plaintiff State of Georgia and Georgia Secretary of State |
| 21 | Senior Assistant Attorney General | |
|   | OFFICE OF ATTORNEY GENERAL SAM OLENS | |
| 22 | Department of Law, State of Georgia | |
|   | 40 Capitol Square, SW | |
| 23 | Atlanta, GA 30334-1300 | |
|   | dwalsh@law.ga.gov | |
| 24 | (478) 207-1391 | |
| 25 | Hugh R. Jones, Esq. | Attorneys for Plaintiff State of Hawaii |
|   | Supervising Deputy Attorney General | |
| 26 | | |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | Jodi L. K. Yi, Esq.<br>Deputy Attorney General<br>OFFICE OF ATTORNEY GENERAL DOUGLAS S. CHIN<br>425 Queen Street<br>Honolulu, HI 96813<br>Hugh.r.jones@hawaii.gov<br>Jodi.k.yi@hawaii.gov<br>(808) 586-1470 | |
| 6<br>7<br>8<br>9<br>10 | Jane E. Hochberg, Esq.<br>Deputy Attorney General<br>OFFICE OF ATTORNEY GENERAL LAWRENCE G. WASDEN<br>Consumer Protection Division<br>954 W. Jefferson Street, 2nd Fl<br>Boise, ID 83720<br>Jane.hochberg@ag.<br>(208) 334-2424 | Attorney for Plaintiff State of Idaho |
| 11<br>12<br>13<br>14<br>15<br>16 | Therese M. Harris, Esq.<br>Barry S. Goldberg, Esq.<br>Assistant Attorneys General<br>OFFICE OF ATTORNEY GENERAL LISA MADIGAN<br>100 West Randolph Street, 11th Fl<br>Chicago, IL 60601<br>tharris@atg.state.il.us<br>bgoldberg@atg.state.il.us<br>(312) 814-2595 | Attorneys for Plaintiff State of Illinois |
| 17<br>18<br>19<br>20 | Richard M. Bramer, Esq.<br>Deputy Attorney General and Director<br>OFFICE OF ATTORNEY GENERAL GREGORY F. ZOELLER<br>302 W. Washington Street, 5th Fl<br>Indianapolis, IN 46204<br>Richard.bramer@atg.in.gov<br>(317) 232-1008 | Attorney for Plaintiff State of Indiana |
| 21<br>22<br>23<br>24<br>25 | Steve St. Clair, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL TOM MILLER<br>1305 East Walnut, 2nd Fl<br>Des Moines, IA 50319<br>Steven.stclair@iowa.gov<br>(515) 281-3731 | Attorney for Plaintiff State of Iowa |
| 26 | Lynette R. Bakker, Esq. | Attorney for Plaintiff State of Kansas |

| | |
|---|---|
| Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL DEREK SCHMIDT<br>120 S.W. 10th Avenue, 2nd Fl<br>Topeka, KS 66612<br>Lynette.bakker@ag.ks.gov<br>(785) 296-3751 | |
| Leah Cooper Boggs, Esq.<br>John Ghaelian, Esq.<br>Assistant Attorneys General<br>OFFICE OF ATTORNEY GENERAL JACK CONWAY<br>1024 Capital Center Drive<br>Frankfort, KY 40601<br>John.ghaelian@ky.gov<br>Leah.boggs@ky.gov<br>(502) 696-5389 | Attorneys for Plaintiff Commonwealth of Kentucky |
| Cathryn E. Gits, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL JAMES D. "BUDDY" CALDWELL<br>1885 N. Third Street<br>Baton Rouge, LA 70802<br>gitsc@ag.state.la.us<br>(225) 326-6400 | Attorneys for Plaintiff State of Louisiana |
| Carolyn A. Silsby, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL JANET T. MILLS<br>Burton M. Cross Office Building<br>111 Sewall Street<br>6 State House Station<br>Augusta, ME 04333<br>Carolyn.silsby@maine.gov<br>(207) 626-8829 | Attorney for Plaintiff State of Maine |
| C. Beatrice Nunez-Bellamy<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL BRIAN E. FROSH<br>200 S. Paul Place<br>Baltimore, MD 21202<br>bnunezbellamy@oag.state.md.us<br>(410) 576-6300 | Attorney for Plaintiffs State of Maryland and Secretary of State John Wobensmith |
| Brett J. Blank, Esq.<br>Assistant Attorney General | Attorney for Plaintiff Commonwealth of Massachusetts |

| | | |
|---|---|---|
| 1 | Non-Profit Organizations/Public Charities Division | |
| 2 | OFFICE OF ATTORNEY MAURA HEALEY One Ashburton Place, 18th Fl | |
| 3 | Boston, MA 02108 Brett.blank@state.ma.us | |
| 4 | (617) 727-2200 | |
| 5 | William R. Bloomfield, Esq. Assistant Attorney General | Attorney for Plaintiff State of Michigan |
| 6 | DEPARTMENT OF ATTORNEY GENERAL BILL SCHUETTE | |
| 7 | Corporate Oversight Division 525 West Ottawa Street, 6th Fl | |
| 8 | Lansing, MI 48933 bloomfieldw@michigan.gov | |
| 9 | (517) 373-1160 | |
| 10 | Elizabeth B. Kremenak, Esq. Assistant Attorney General | Attorney for Plaintiff State of Minnesota |
| 11 | OFFICE OF ATTORNEY GENERAL LORI SWANSON | |
| 12 | Bremer Tower, Suite 1200 445 Minnesota Street | |
| 13 | St. Paul, MN 55101-2130 Elizabeth.kremenak@ag.state.mn.us | |
| 14 | (651) 757-1423 | |
| 15 | Tanya Webber, Esq. Assistant Secretary of State – Charities Division | Attorney for Plaintiff Secretary of State of Mississippi |
| 16 | OFFICE OF SECRETARY OF STATE DELBERT HOSEMAN | |
| 17 | 125 S. Congress Street Jackson, MS 39201 | |
| 18 | Tanya.webber@sos.ms.gov (601) 359-6742 | |
| 19 | | |
| 20 | Robert E. Carlson, Esq. Senior Assistant Attorney General | E. Edwin Eck, Esq. Deputy Attorney General |
| 21 | OFFICE OF ATTORNEY GENERAL CHRIS KOSTER | |
| 22 | 815 Olive Street, Ste 200 St. Louis, MO 63101 | |
| 23 | Bob.carlson@ago.mo.gov (314) 340-6816 | |
| 24 | E. Edwin Eck, Esq. Deputy Attorney General | Attorneys for Plaintiff State of Montana |
| 25 | Kelley L. Hubbard, Esq. Assistant Attorney General | |
| 26 | | |

9

| | |
|---|---|
| OFFICE OF ATTORNEY GENERAL TIMOTHY C. FOX<br>P.O. Box 200151<br>Helena, MT 59601<br>edeck@mt.gov<br>khubbard@mt.gov<br>(406) 444-2026 | |
| Abigail M. Stempson, Esq.<br>Daniel J. Russell, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL DOUGLAS PETERSON<br>2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509<br>Abigail.stempson@nebrasaka.gov<br>Daniel.russell@nebraska.gov<br>(402) 471-1279 | Attorneys for Plaintiff State of Nebraska |
| JoAnn Gibbs, Esq.<br>Chief Multi-state Counsel<br>OFFICE OF ATTORNEY GENERAL ADAM PAUL LAXALT<br>Bureau of Consumer Protection<br>10791 West Twain Avenue, Ste 100<br>Las Vegas, NV 89135<br>jgibbs@agnv.gov<br>(702) 486-3789 | Attorneys for Plaintiff State of Nevada |
| Thomas J. Donavan, Esq.<br>Director of Charitable Trusts<br>OFFICE OF ATTORNEY GENERAL JOSEPH A. FOSTER<br>33 Capitol Street<br>Concord, NH 03301<br>Tom.donovan@doj.nh.gov<br>(603) 271-1288 | Attorneys for Plaintiff State of New Hampshire |
| Erin M. Greene, Esq.<br>Deputy Attorney General<br>State of New Jersey<br>OFFICE OF ATTORNEY GENERAL<br>Division of Law<br>124 Halsey Street<br>P.O. Box 45029<br>Newark, NJ 07101<br>Erin.greene@dol.lps.state.nj.us<br>(973) 648-4846 | Attorneys for Plaintiff State of New Jersey |

| | |
|---|---|
| Sean Courtney, Esq.<br>Yael Fuchs, Esq.<br>Assistant Attorney Generals<br>OFFICE OF ATTORNEY GENERAL ERIC T. SCHNEIDERMAN<br>120 Broadway<br>New York, NY 10271<br>Sean.courtney@ag.ny.gov<br>Yael.fuchs@ag.ny.gov<br>(212) 416-8402 | Attorneys for Plaintiff State of New York |
| Creecy Johnson, Esq.<br>Special Deputy Attorney General<br>Office of Attorney General Roy Cooper<br>9001 Mail Service Center<br>Raleigh, NC 27699<br>ccjohnson@ncdoj.gov<br>(919) 716-6000<br><br>Lareena J. Phillips, Esq.<br>Assistant Attorney General<br>COUNSEL FOR NORTH CAROLINA SECRETARY OF STATE ELAINE F. MARSHALL<br>9001 Mail Service Center<br>Raleigh, NC 27699<br>lphillips@nvdoj.gov<br>(919) 716-6610 | Attorneys for Plaintiff State of North Carolina |
| Michael C. Thompson, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL WAYNE STENEHJEM<br>Gateway Professional Center<br>1050 East Interstate Avenue, Ste 200<br>Bismarck, ND 58503<br>mcthompson@nd.gov<br>(701) 328-5570 | Attorney for Plaintiff State of North Dakota |
| Kristine L. Hayes, Esq.<br>Associate Assistant Attorney General<br>Ohio Attorney General's Office<br>Charitable Law Section<br>150 East Gay Street, 23rd Floor<br>Columbus, Ohio 43215<br>Kristine.Hayes@OhioAttorneyGeneral.gov<br>(614) 644-8445 | Attorney for Plaintiff State of Ohio |
| Malisa McPherson, Esq.<br>Assistant Attorney General<br>Public Protection Unit | Attorneys for Plaintiff State of Oklahoma |

| | | |
|---|---|---|
| 1 | OFFICE OF ATTORNEY GENERAL E. SCOTT PRUITT | |
| 2 | 313 N.E. 21st Street | |
|   | Oklahoma, OK 73105 | |
| 3 | Malisa.mcpherson@oag.ok.gov | |
|   | (405) 521-6926 | |
| 4 | | |
| 5 | Heather L. Weigler, Esq. | Attorney for Plaintiff State of Oregon |
|   | Assistant Attorney General | |
|   | OFFICE OF ATTORNEY GENERAL ELLEN | |
| 6 | ROSENBLUM | |
|   | 1515 sw 5TH Avenue, Ste 410 | |
| 7 | Portland, OR 97201 | |
|   | Heather.l.weigler@state.or.us | |
| 8 | (971) 673-1880 | |
| 9 | Michael T. Foerster, Esq. | Attorneys for Plaintiff Commonwealth of Pennsylvania |
|   | Senior Deputy Attorney General | |
| 10 | OFFICE OF ATTORNEY GENERAL KATHLEEN G. KANE | |
| 11 | 14th Floor Strawberry Square | |
|   | Harrisburg, PA 17120 | |
| 12 | mfoerster@attorneygeneral.gov | |
|   | (717) 783-2853 | |
| 13 | | |
|   | Gene J. Herne, Esq. | |
| 14 | Senior Deputy Attorney General-in-Charge | |
|   | Charitable Trusts and Organizations Section | |
| 15 | OFFICE OF ATTORNEY GENERAL KATHLEEN G. KANE | |
| 16 | 564 Forbes Avenue, 6th Fl | |
|   | Manor Complex | |
| 17 | Pittsburgh, PA 15219 | |
|   | eherne@attorneygeneral.gov | |
| 18 | | |
| 19 | Genevieve M. Martin, Esq. | Attorney for Plaintiff State of Rhode Island |
|   | Assistant Attorney General | |
| 20 | DEPARTMENT OF ATTORNEY GENERAL PETER F. KILMARTIN | |
| 21 | 150 South Main Street | |
|   | Providence, RI 02903 | |
| 22 | gmartin@riag.ri.gov | |
|   | (401) 274-4400 x2300 | |
| 23 | Shannon A. Wiley, Esq. | Attorney for Plaintiff State of South Carolina |
|   | Deputy General Counsel | |
| 24 | OFFICE OF SECRETARY OF STATE MARK HAMMOND | |
| 25 | 1205 Pendleton Street, Ste 525 | |
|   | Columbia, SC 29201 | |
| 26 | | |

| | | |
|---|---|---|
| 1 | swiley@sos.sc.gov<br>(803) 734-0246 | |
| 2 | | |
| 3 | Phillip D. Carlson, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL MARTY J. JACKLEY<br>1302 East Highway 14, Ste 1<br>Pierre, SD 57301<br>Phil.carlson@state.sd.us<br>(605) 773-3215 | Attorneys for Plaintiff State of South Dakota |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | Janet M. Kleinfelter, Esq.<br>Deputy Attorney General<br>OFFICE OF ATTORNEY GENERAL<br>425 5th Avenue N<br>P.O. Box 20207<br>Nashville, TN 37202<br>Janet.kleinfelter@ag.tn.gov<br>(615) 741-7403 | Attorney for Plaintiff Tennessee Secretary of State Tre Hargett |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Corey D. Kintzer, Esq.<br>Jennifer M. Roscetti, Esq.<br>Assistant Attorneys General<br>OFFICE OF ATTORNEY GENERAL KEN PAXTON<br>300 W. 15th Street, 9th Fl<br>Austin, TX 78701<br>Corey.kintzer@texasattorneygeneral.gov<br>Jennifer.roscetti@texasattorneygeneral.gov<br>(512) 936-0585 (Kintzer)<br>(512) 475-4173 (Roscetti) | Attorneys for Plaintiff State of Texas |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Jeffrey Buckner, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL SEAN D. REYES<br>160 East 300 South, 5th Fl<br>P.O. Box 140872<br>Salt Lake City, UT 84114<br>jbuckner@utah.gov<br>(801) 366-0310 | Attorneys for Plaintiff State of Utah and Utah Division of Consumer Protection |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Todd W. Daloz, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL WILLIAM H. SORRELL<br>109 State Street<br>Montpelier, VT 05609<br>Todd.daloz@state.vt.us | Attorney for Plaintiff State of Vermont |
| 24 | | |
| 25 | | |
| 26 | | |

| | | |
|---|---|---|
| 1 | (802) 828-4605 | |
| 2 | Richard S. Schweiker, Jr.<br>Senior Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL MARK R. HERRING<br>900 E. Main Street<br>Richmond, VA 23219<br>rschweiker@oag.state.va.us<br>(804) 786-5643 | Attorney for Plaintiff Commonwealth of Virginia |
| 7 | Sarah A. Shifley, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL ROBERT W. FERGUSON<br>800 S. 5th Avenue, Ste 2000, TB-14<br>Seattle, WA 98104<br>Sarah.shifley@atg.wa.gov<br>(206) 389-3974 | Attorneys for Plaintiff State of Washington |
| 11 | Michael M. Morrison, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL PATRICK MORRISEY<br>P.O. Box 1789<br>Charleston, WV 25326<br>Matt.m.morrison@wvago.gov<br>(304) 558-8986<br><br>Laurel K. Lackey, Esq.<br>Assistant Attorney General<br>COUNSEL FOR SECRETARY OF STATE NATALIE E. TENNANT<br>269 Aikens Center<br>Martinsburg, WV 25404<br>(304) 267-0239 | Attorneys for Plaintiff State of West Virginia |
| 20 | Francis X. Sullivan, Esq.<br>Assistant Attorney General<br>OFFICE OF ATTORNEY GENERAL BRAD D. SCHIMEL<br>17 West Main Street<br>P.O. Box 7857<br>Madison, WI 53707-7857<br>Sullivanfx@doj.state.wi.us<br>(608) 267-2222 | Attorneys for Plaintiff State of Wisconsin |
| 25 | Benjamin M. Burningham, Esq.<br>Clyde W. Hutchins, Esq.<br>Senior Assistant Attorney General | Attorneys for Plaintiff State of Wyoming |

| | |
|---|---|
| OFFICE OF ATTORNEY GENERAL PETER K. MICHAEL<br>123 State Capitol<br>Cheyenne, WY 82003<br>Clyde.hutchins@wyo.gov<br>Ben.burningham@wyo.gov<br>T: (307) 777-7847 (Hutchins)<br>T: (307) 777-5833 (Burningham)<br>F: (307) 777-3435 | |
| Randall M. Shaheen, Esq.<br>Eric S. Berman, ESq.<br>VENABLE, LLP<br>575 7th Street, N.W.<br>Washington, D.C. 20004<br>rmshaheen@venable.com<br>esberman@venable.com<br>T: (202) 344-4000<br>F: (202) 344-8300 | Attorneys for Associated Community Services, Inc. and Central Processing Services, LLC |
| Patrick M. Murphy, Esq.<br>Guttilla Murphy Anderson, P.C.<br>5415 East High Street, Suite 200<br>Phoenix, Arizona 85054<br>pmurphy@gamlaw.com<br>T: (480) 304-8300<br>F: (480) 304-8301 | Attorneys for Receiver, Receivership Management, Inc. |