Guttilla Murphy Anderson, P.C.
**Patrick M. Murphy** (Ariz. No. 002964)
5415 E. High St., Suite 200
Phoenix, Arizona 85054
Email: pmurphy@gamlaw.com
Phone: (480) 304-8300
Fax: (480) 304-8301

Attorneys for the Receiver

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission; all Fifty States; and the District of Columbia,<br><br>Plaintiffs,<br><br>vs.<br><br>Cancer Fund of America, Inc., a Delaware corporation, et al.;<br><br>Defendants. | Cause No. CV-15-00884-PHX-NVW<br><br>MOTION FOR ORDER APPROVING THE RECEIVER'S REPORT CONCERNING THE HOPE SUPPLY WAREHOUSE OPERATION RE: THE BREAST CANCER SOCIETY, INC.<br><br>(Assigned to the Honorable Neil V. Wake) |

The Receiver respectfully requests that the Court enter an order approving the *Receiver's Notice and Report Concerning the Hope Supply Warehouse Operation Re: The Breast Cancer Society, Inc.*, attached hereto as Exhibit "A", and authorizing the Receiver to shut down the Hope Supply Warehouse operations and liquidate the assets as described in the attached report.

Respectfully submitted this 7th day of October, 2015.

GUTTILLA MURPHY ANDERSON, P.C.

s/Patrick M. Murphy
Patrick M. Murphy
Attorneys for the Receiver

**PROOF OF SERVICE**

This is to certify that on this 7th day of October, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants

                                                s/Patrick M. Murphy
                                                Patrick M. Murphy

2052-001
(220104)

Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, Arizona 85054
(480) 304-8300
(623) 937-2795

Federal Trade Commission, et al, v. Cancer Fund of America, et al
Cause No. CV 15-00884-PHX-NVW

<u>Exhibit List to Motion for Order Approving the Receiver's Notice and Report Concerning The Hope Supply Warehouse Operation Re: The Breast Cancer Society, Inc.</u>

1. Exhibit "A" -   Receiver's Notice and Report Concerning the Hope Supply Warehouse Applications Re: The Breast Cancer Society, Inc.

2052-001.01 (219633)