IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission; all Fifty States, and the District of Columbia,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>Cancer Fund of America, Inc., a Delaware corporation, et al.,<br>　　　　　　　　Defendants. | No. CV-15-00884-PHX-NVW<br><br>**ORDER** |

　　　　Before the Court is the Motion for Order Approving the Receiver's Report Concerning the Hope Supply Warehouse Operation Re: The Breast Cancer Society, Inc. (Doc. 163).

　　　　The Receiver states that ten days before filing the Motion she provided all parties and applicants notice of her recommendation to close the Hope Supply Warehouse operations. The Receivership Order (Doc. 58) requires an additional ten days to permit any objections to be filed if the Receiver recommends transfer of Hope Supply Warehouse assets to one or more Approved Qualified Charities. Although the Receivership Order does not require an additional ten days for objections if the Receiver determines that no charity is sufficiently qualified, out of an abundance of caution, the Court will consider any objections to the Motion that are filed by October 19, 2015.

IT IS THEREFORE ORDERED that any objections to the Motion for Order Approving the Receiver's Report Concerning the Hope Supply Warehouse Operation Re: The Breast Cancer Society, Inc. (Doc. 163) must be filed by October 19, 2015.

Dated this 8th day of October, 2015.

_____
Neil V. Wake
United States District Judge