**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)
NANCY VOTTERO ANGER (NO. 006810)
**ASSISTANT ATTORNEY GENERAL**
MATTHEW DU MEE (NO. 028468)
**ASSISTANT ATTORNEY GENERAL**
**OFFICE OF THE ATTORNEY GENERAL**
1275 West Washington Street
Phoenix, Arizona 85007-2997
Telephone: (602) 542-8327
Facsimile: (602) 542-4377
*Attorneys for the State of Arizona*
consumer@azag.gov

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FEDERAL TRADE COMMISSION; all 50 states and the DISTRICT OF COLUMBIA,<br><br>Plaintiffs,<br>vs.<br>CANCER FUND OF AMERICA, INC., a Delaware corporation, *et al*.;<br><br>Defendant(s) | Civil Action No.: 2:15-cv-00884-NVW<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' RULE 26 INITIAL DISCLOSURES**<br><br>(Assigned to the Honorable Neil V. Wake) |

Pursuant to the Court's Order [Doc 150], and LRCiv 5.2, Plaintiffs Notice the Court that they have served their initial disclosures, inclusive of the Combined States' Initial Disclosures, upon counsel for Defendants, in conformance with the provisions of Rule 26(a)(1), 5(b)(1) and 5(b)(2)(E) of the Fed. R. Civ. P.

<4662582-v1A>

RESPECTFULLY SUBMITTED this 9th day of October, 2015.

        Mark Brnovich
        Attorney General

        *s/ Matthew du Mee*
        Matthew du Mee
        Nancy V. Anger
        Assistant Attorneys General
        Office of the Arizona Attorney General
        1275 W. Washington Street
        Phoenix, AZ 85007
        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants and e-mailed a copy of same to any non-registrants.

 /s/ Matthew du Mee

**ATTORNEYS FOR PLAINTIFFS**

| | |
|---|---|
| Tracy S. Thorleifson (WA State Bar #16633)<br>Sophie H. Calderón (CA State Bar #278135)<br>Krista K. Bush (WA State Bar #30881)<br>Connor Shively (WA State Bar #44043)<br>Federal Trade Commission<br>915 2nd Ave., Suite 2896<br>Seattle, WA 98174<br>Email: tthorleifson@ftc.gov<br>         scalderon@ftc.gov<br>         kbush@ftc.gov<br>         cshively@ftc.gov<br>Telephone: (206) 220-6350<br>*Attorneys for Plaintiff Federal Trade Commission* | Kevin Wells (AR State Bar #2007-213)<br>Assistant Attorney General<br>Office of Attorney General Leslie Rutledge<br>323 Center St., Suite 500<br>Little Rock, AR 72201<br>Email: kevin.wells@arkansasag.gov<br>Telephone: (501) 682-8063<br>*Attorney for Plaintiff State of Arkansas* |
| Elizabeth K. Korsmo (NM State Bar #8989)<br>Assistant Attorney General<br>Office of Attorney General Hector Balderas<br>408 Galisteo St.<br>Santa Fe, NM 87501<br>Email: ekorsmo@nmag.gov<br>Telephone: (505) 827-6000<br>*Attorney for Plaintiff State of New Mexico* | Sonja K. Berndt (CA State Bar #131358)<br>Deputy Attorney General<br>Office of Attorney General Kamala D. Harris<br>300 S. Spring St., Suite 1702<br>Los Angeles, CA 90013<br>Email: sonja.berndt@doj.ca.gov<br>Telephone: (213) 897-2179<br>*Attorney for Plaintiff State of California* |
| Kyle Beckman (AL Bar #ASB-6046-E63B)<br>Assistant Attorney General<br>Office of Attorney General Luther Strange<br>501 Washington Ave.<br>Montgomery, AL 36104-0152<br>Email: kbeckman@ago.state.al.us<br>Telephone: (334) 353-2619<br>*Attorney for Plaintiff State of Alabama* | Alissa Hecht Gardenswartz (CO Bar #36126)<br>First Assistant Attorney General<br>John Feeney-Coyle (CO State Bar #44970)<br>Assistant Attorney General<br>Office of Attorney General Cynthia H. Coffman<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 7th Floor<br>Denver, CO 80203<br>Email: alissa.gardenswartz@state.co.us<br>         john.feeney-coyle@state.co.us<br>Telephone: (720) 508-6204 (Gardenswartz)<br>              (720) 508-6232 (Feeney-Coyle)<br>*Attorneys for Plaintiff State of Colorado* |
| Cynthia C. Drinkwater (AK Bar #8808159)<br>Assistant Attorney General<br>Office of Attorney General Craig W. Richards<br>1031 W. 4th Ave., Suite 200<br>Anchorage, AK 99501<br>Email: cynthia.drinkwater@alaska.gov<br>Telephone: (907) 269-5200<br>*Attorney for Plaintiff State of Alaska* | LeeAnn Morrill (CO Bar #38742)<br>First Assistant Attorney General<br>Public Officials Unit<br>Office of Attorney General Cynthia H. Coffman<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 6th Floor<br>Denver, Colorado 80203<br>Email: leeann.morrill@state.co.us<br>Telephone: (720) 508-6159<br>*Attorney for Plaintiff Secretary of State Wayne Williams* |

| | | |
|---|---|---|
| 1 | Gary W. Hawes (CT State Bar #415091) | Daniel Walsh (GA State Bar #735040) |
| 2 | Assistant Attorney General | Senior Assistant Attorney General |
|   | Office of Attorney General George Jepsen | Office of Attorney General Sam Olens |
| 3 | 55 Elm St., P.O. Box 120 | Department of Law, State of Georgia |
| 4 | Hartford, CT 06141-0120 | 40 Capitol Square, SW |
|   | Email: gary.hawes@ct.gov | Atlanta, GA 30334-1300 |
| 5 | Telephone: (860) 808-5020 | Email: dwalsh@law.ga.gov |
|   | *Attorney for Plaintiff State of Connecticut* | Telephone: (478) 207-1391 |
| 6 | | *Attorney for Plaintiff State of Georgia* |
| 7 | Gregory C. Strong (DE State Bar #4664) | *and Georgia Secretary of State* |
|   | Director | |
| 8 | Gillian L. Andrews (DE State Bar #5719) | Hugh R. Jones (HI State Bar #4783) |
| 9 | Deputy Attorney General | Supervising Deputy Attorney General |
|   | Office of the Attorney General Matthew P. Denn | Jodi L. K. Yi (HI State Bar #6625) |
| 10 | Consumer Protection Unit | Deputy Attorney General |
|    | 820 N. French Street, 5th Floor | Office of Attorney General Douglas S. Chin |
| 11 | Wilmington, DE 19801 | 425 Queen St. |
| 12 | Email: gregory.strong@state.de.us | Honolulu, HI 96813 |
|    |         gillian.andrews@state.de.us | Email: Hugh.R.Jones@Hawaii.gov |
| 13 | Telephone: (302) 577-8504 (Strong) | Jodi.K.Yi@Hawaii.gov |
|    |            (302) 577-8844 (Andrews) | Telephone: (808) 586-1470 |
| 14 | *Attorneys for Plaintiff State of Delaware* | *Attorneys for Plaintiff State of Hawaii* |
| 15 | | |
|    | Brian R. Caldwell (DC Bar #979680) | Jane E. Hochberg (ID State Bar #5465) |
| 16 | Assistant Attorney General | Deputy Attorney General |
| 17 | Office of Attorney General Karl A. Racine | Office of Attorney General Lawrence G. Wasden |
|    | 441 Fourth St., NW, Suite 600-N | Consumer Protection Division |
| 18 | Washington, DC 20001 | 954 W. Jefferson St., 2nd Floor |
|    | Email: Brian.Caldwell@dc.gov | Boise, ID 83720 |
| 19 | Telephone: (202) 727-6211 | Email: jane.hochberg@ag.idaho.gov |
| 20 | *Attorney for Plaintiff District of Columbia* | Telephone: (208) 334-2424 |
|    | | *Attorney for Plaintiff State of Idaho* |
| 21 | Rebecca Sirkle (FL State Bar #42312) | |
|    | Assistant Attorney General | Therese M. Harris (IL State Bar #6190609) |
| 22 | Office of Attorney General Pam Bondi | Barry S. Goldberg (IL State Bar #6269821) |
| 23 | 135 W. Central Blvd., Suite 670 | Assistant Attorneys General |
|    | Orlando, FL 32801 | Office of Attorney General Lisa Madigan |
| 24 | Email: Rebecca.Sirkle@myfloridalegal.com | 100 West Randolph St., 11th Floor |
| 25 | Telephone: (407) 316-4840 | Chicago, IL 60601 |
|    | *Attorney for Plaintiff State of Florida* | Email: tharris@atg.state.il.us |
| 26 | |         bgoldbrg@atg.state.il.us |
| 27 | | Telephone: (312) 814-2595 |
|    | | *Attorneys for Plaintiff State of Illinois* |
| 28 | | |

Richard M. Bramer (IN State Bar #15989-77)
Deputy Attorney General and Director
Consumer Protection Division
Office of Attorney General Gregory F. Zoeller
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Email: richard.bramer@atg.in.gov
Telephone: (317) 232-1008
*Attorney for Plaintiff State of Indiana*

Steve St. Clair (IA State Bar # AT 0007441)
Assistant Attorney General
Office of Attorney General Tom Miller
1305 E. Walnut, 2nd Floor
Des Moines, IA 50319
Email: steven.stclair@iowa.gov
Telephone: (515) 281-3731
*Attorney for Plaintiff State of Iowa*

Lynette R. Bakker (KS State Bar #22104)
Assistant Attorney General
Office of Attorney General Derek Schmidt
120 S.W. 10th Ave., 2nd Floor
Topeka, KS 66612
Email: lynette.bakker@ag.ks.gov
Telephone: (785) 296-3751
*Attorney for Plaintiff State of Kansas*

Leah Cooper Boggs (KY State Bar #83471)
John Ghaelian (KY State Bar #94987)
Assistant Attorneys General
Office of Attorney General Jack Conway
1024 Capital Center Drive
Frankfort, KY 40601
Email: John.Ghaelian2@ky.gov
       Leah.Boggs@ky.gov
Telephone: (502) 696-5389
*Attorneys for Plaintiff
  Commonwealth of Kentucky*

Cathryn E. Gits (LA State Bar #35144)
Assistant Attorney General
Office of Attorney General James D. Caldwell
1885 N. Third St.
Baton Rouge, LA 70802
Email: gitsc@ag.state.la.us
Telephone: (225) 326-6400
*Attorney for Plaintiff State of Louisiana*

Carolyn A. Silsby (ME Bar # 3030)
Assistant Attorney General
Office of Attorney General Janet T. Mills
Burton M. Cross Office Building
111 Sewall St.
6 State House Station
Augusta, ME 04333
Email: carolyn.silsby@maine.gov
Telephone: (207) 626-8829
*Attorney for Plaintiff State of Maine*

C. Beatrice Nuñez-Bellamy
Assistant Attorney General
Office of Attorney General Brian E. Frosh
200 St. Paul Place
Baltimore, MD 21202
Email: bnunezbellamy@oag.state.md.us
Telephone: (410) 576-6300
*Attorney for Plaintiffs State of Maryland
  and Secretary of State John Wobensmith*

Brett J. Blank (MA State Bar #686635)
Assistant Attorney General
Non-Profit Organizations/Public Charities Div.
Office of Attorney General Maura Healey
One Ashburton Place, 18th Floor
Boston, MA 02108
Email: brett.blank@state.ma.us
Telephone: (617) 727-2200
*Attorney for Plaintiff Commonwealth of
Massachusetts*

William R. Bloomfield (MI Bar #P68515)
Assistant Attorney General
Department of Attorney General Bill Schuette
Corporate Oversight Division
525 W. Ottawa St., 6th Floor
Lansing, MI 48933
Email: bloomfieldw@michigan.gov
Telephone: (517) 373-1160
*Attorney for Plaintiff State of Michigan*

Elizabeth B. Kremenak (MN Bar #0390461)
Assistant Attorney General
Office of Attorney General Lori Swanson
Bremer Tower, Suite 1200
445 Minnesota St.
St. Paul, MN 55101-2130
Email: elizabeth.kremenak@ag.state.mn.us
Telephone: (651) 757-1423
*Attorney for Plaintiff State of Minnesota*

Tanya Webber (MS State Bar #99405)
Assistant Secretary of State – Charities Division
Office of Secretary of State Delbert Hosemann
125 S. Congress St.
Jackson, MS 39201
Email: Tanya.webber@sos.ms.gov
Telephone: (601) 359-6742
*Attorney for Plaintiff Secretary
  of State of Mississippi*

Robert E. Carlson (MO State Bar #54602)
Senior Assistant Attorney General
Office of Attorney General Chris Koster
815 Olive St., Suite 200
St. Louis, MO 63101
Email: bob.carlson@ago.mo.gov
Telephone: (314) 340-6816
*Attorney for Plaintiff State of Missouri*

E. Edwin Eck (MT State Bar #414)
Deputy Attorney General
Kelley L. Hubbard (MT State Bar #9604)
Assistant Attorney General
Office of Attorney General Timothy C. Fox
P. O. Box 200151
Helena, MT 59601
Email: EdEck@mt.gov
         khubbard@mt.gov
Telephone: (406) 444-2026
*Attorneys for Plaintiff State of Montana*

Daniel J. Russell (NE State Bar #25302)
Assistant Attorney General
Office of Attorney General Douglas Peterson
2115 State Capitol
PO Box 98920
Lincoln, NE 68509
Email:  daniel.russell@nebraska.gov
Telephone: (402) 471-1279
*Attorney for Plaintiff State of Nebraska*

JoAnn Gibbs (NV State Bar # 005324)
Chief Multistate Counsel
Office of Attorney General Adam Paul Laxalt
Bureau of Consumer Protection
10791 W. Twain Ave., Suite 100
Las Vegas, NV 89135
Email: jgibbs@ag.nv.gov
Telephone: (702) 486-3789
*Attorney for Plaintiff State of Nevada*

Thomas J. Donovan (NH State Bar #664)
Director of Charitable Trusts
Office of Attorney General Joseph A. Foster
33 Capitol St.
Concord, NH 03301
Email: tom.donovan@doj.nh.gov
Telephone: (603) 271-1288
*Attorney for Plaintiff State of New Hampshire*

| | | |
|---|---|---|
| 1 | Erin M. Greene (NJ State Bar #0145102010) | Michael C. Thompson (ND Bar # 06550) |
| 2 | Deputy Attorney General | Assistant Attorney General |
| | State of New Jersey | Office of Attorney General Wayne Stenehjem |
| 3 | Office of the Attorney General | Gateway Professional Center |
| 4 | Division of Law | 1050 E. Interstate Ave., Ste. 200 |
| | 124 Halsey St. | Bismarck, ND 58503 |
| 5 | P.O. Box 45029 | Email: mcthompson@nd.gov |
| | Newark, NJ 07101 | Telephone: (701) 328-5570 |
| 6 | Email: erin.greene@dol.lps.state.nj.us | *Attorney for Plaintiff State of North Dakota* |
| 7 | Telephone: (973) 648-4846 | |
| | *Attorney for Plaintiff State of New Jersey* | Yvonne Tertel (OH State Bar #0019033) |
| 8 | | Principal Assistant Attorney General |
| 9 | Sean Courtney (NY State Bar #2085363) | Office of Attorney General Mike DeWine |
| | Yael Fuchs (NY State Bar # 4542684) | 150 E. Gay St., 23rd Floor |
| 10 | Assistant Attorneys General | Columbus, OH 43215 |
| | Office of Attorney General Eric T. Schneiderman | Email: yvonne.tertel@ohioattorneygeneral.gov |
| 11 | 120 Broadway | Telephone: (614) 466-3181 |
| 12 | New York, NY 10271 | *Attorney for Plaintiff State of Ohio* |
| | Email: sean.courtney@ag.ny.gov | |
| 13 | yael.fuchs@ag.ny.gov | Malisa McPherson (OK State Bar #32070) |
| 14 | Telephone: (212) 416-8402 | Assistant Attorney General |
| | *Attorneys for Plaintiff State of New York* | Public Protection Unit |
| 15 | | Office of Attorney General E. Scott Pruitt |
| 16 | Creecy Johnson (NC State Bar #32619) | 313 N.E. 21st St. |
| | Special Deputy Attorney General | Oklahoma City, OK 73105 |
| 17 | Office of Attorney General Roy Cooper | Email: Malisa.mcpherson@oag.ok.gov |
| | 9001 Mail Service Center | Telephone: (405) 521-6926 |
| 18 | Raleigh, NC 27699 | *Attorney for Plaintiff State of Oklahoma* |
| 19 | Email: ccjohnson@ncdoj.gov | |
| | Telephone: (919) 716-6000 | Heather L. Weigler (OR State Bar #03590) |
| 20 | Lareena J. Phillips (NC State Bar #36859) | Assistant Attorney General |
| 21 | Assistant Attorney General | Office of Attorney General Ellen Rosenblum |
| | Counsel for North Carolina Secretary of State | 1515 SW 5th Ave., Suite 410 |
| 22 | Elaine F. Marshall | Portland, OR 97201 |
| | 9001 Mail Service Center | Email: heather.l.weigler@state.or.us |
| 23 | Raleigh, NC 27699 | Telephone: (971) 673-1880 |
| 24 | Email: lphillips@ncdoj.gov | *Attorney for Plaintiff State of Oregon* |
| | Telephone: (919) 716-6610 | |
| 25 | *Attorneys for Plaintiff State of North Carolina* | |
| 26 | | |
| 27 | | |
| 28 | | |

<4660831>                                   -8-

| | | |
|---|---|---|
| 1 | Michael T. Foerster (PA State Bar #78766)<br>Senior Deputy Attorney General | Janet M. Kleinfelter (TN State Bar # 13889)<br>Deputy Attorney General |

Michael T. Foerster (PA State Bar #78766)
Senior Deputy Attorney General
Office of Attorney General Kathleen G. Kane
14th Floor Strawberry Square
Harrisburg, PA 17120
Email: mfoerster@attorneygeneral.gov
Telephone: (717) 783-2853
Gene J. Herne (PA State Bar #82033)
Senior Deputy Attorney General-in-Charge
Charitable Trusts and Organizations Section
Office of Attorney General Kathleen G. Kane
564 Forbes Ave., 6th Floor Manor Complex
Pittsburgh, PA 15219
Email: eherne@attorneygeneral.gov
Telephone: (412) 565-3581
*Attorneys for Plaintiff Commonwealth of Pennsylvania*

Genevieve M. Martin (RI State Bar #3918)
Assistant Attorney General
Dept. of Attorney General Peter F. Kilmartin
150 South Main St.
Providence, RI 02903
Email: gmartin@riag.ri.gov
Telephone: (401) 274-4400 x2300
*Attorney for Plaintiff State of Rhode Island*

Shannon A. Wiley (SC State Bar #69806)
Deputy General Counsel
Office of Secretary of State Mark Hammond
1205 Pendleton St., Suite 525
Columbia, SC 29201
Email: swiley@sos.sc.gov
Telephone: (803) 734-0246
*Attorney for Plaintiff State of South Carolina*

Philip D. Carlson (SD State Bar #3913)
Assistant Attorney General
Office of Attorney General Marty J. Jackley
1302 E. Highway 14, Suite 1
Pierre, SD 57301
Email: Phil.Carlson@state.sd.us
Telephone: (605) 773-3215
*Attorney for Plaintiff State of South Dakota*

Janet M. Kleinfelter (TN State Bar # 13889)
Deputy Attorney General
Office of the Attorney General
425 5th Ave., N.
P.O. Box 20207
Nashville, TN 37202
Email: Janet.Kleinfelter@ag.tn.gov
Telephone: (615) 741-7403
*Attorney for Plaintiff Tennessee
   Secretary of State Tre Hargett*

Corey D. Kintzer (TX Bar #24046219)
Jennifer M. Roscetti (TX Bar #24066685)
Assistant Attorneys General
Office of Attorney General Ken Paxton
300 W. 15th St., 9th Floor
Austin, TX 78701
Email: Corey.Kintzer@texasattorneygeneral.gov
       Jennifer.Roscetti@texasattorneygeneral.gov
Telephone: (512) 936-0585 (Kintzer)
(512) 475-4183 (Roscetti)
*Attorneys for Plaintiff State of Texas*

Jeffrey Buckner (UT State Bar #4546)
Assistant Attorney General
Office of Attorney General Sean D. Reyes
160 E. 300 South, Fifth Floor
P. O. Box 140872
Salt Lake City, UT 84114
Email: Jbuckner@utah.gov
Telephone: (801) 366-0310
*Attorney for Plaintiff State of Utah
   and Utah Division of Consumer Protection*

Todd W. Daloz (VT State Bar #4734)
Assistant Attorney General
Office of Attorney General William H. Sorrell
109 State Street
Montpelier, VT 05609
Email: todd.daloz@state.vt.us
Telephone: (802) 828-4605
*Attorney for Plaintiff State of Vermont*

| | | |
|---|---|---|
| 1 | Richard S. Schweiker, Jr. (VA Bar #34258)<br>Senior Assistant Attorney General | Clyde W. Hutchins (WY State Bar #6-3549)<br>Senior Assistant Attorney General |
| 2 | Office of Attorney General Mark R. Herring | Benjamin M. Burningham (UT Bar # 14606 ) |
| 3 | 900 E. Main St. | Assistant Attorney General |
| 4 | Richmond, VA 23219<br>Email: rschweiker@oag.state.va.us | Office of Attorney General Peter K. Michael<br>123 State Capitol |
| 5 | Telephone: (804) 786-5643 | Cheyenne, WY 82003 |
|   | *Attorney for Plaintiff Commonwealth of* | Email: clyde.hutchins@wyo.gov |
| 6 | *Virginia* | ben.burningham@wyo.gov |
| 7 |   | Telephone: (307) 777-7847  (Hutchins) |
|   | Sarah A. Shifley (WA State Bar #39394) | (307) 777-5833  (Burningham) |
| 8 | Assistant Attorney General | *Attorneys for Plaintiff State of Wyoming* |
|   | Office of Attorney General Robert W. |   |
| 9 | Ferguson |   |
| 10 | 800 5th Ave., Suite 2000, TB-14 |   |
|   | Seattle, WA 98104 |   |
| 11 | Email: sarah.shifley@atg.wa.gov |   |
| 12 | Telephone: (206) 389-3974 |   |
|   | *Attorney for Plaintiff State of Washington* |   |
| 13 |   |   |
|   | Michael M. Morrison (WV State Bar #9822) |   |
| 14 | Assistant Attorney General |   |
| 15 | Office of Attorney General Patrick Morrisey |   |
|   | P.O. Box 1789 |   |
| 16 | Charleston, WV 25326 |   |
|   | Email: Matt.M.Morrison@wvago.gov |   |
| 17 | Telephone: (304) 558-8986 |   |
| 18 | Laurel K. Lackey (WV State Bar #10267) |   |
|   | Assistant Attorney General |   |
| 19 | Counsel for Secretary of State Natalie E. |   |
| 20 | Tennant |   |
|   | 269 Aikens Center |   |
| 21 | Martinsburg, WV 25404 |   |
|   | Email: Laurel.K.Lackey@wvago.gov |   |
| 22 | Telephone: (304) 267-0239 |   |
| 23 | *Attorneys for Plaintiff State of West Virginia* |   |
| 24 |   |   |
|   | Francis X. Sullivan (WI State Bar #1030932) |   |
| 25 | Assistant Attorney General |   |
|   | Office of Attorney General Brad D. Schimel |   |
| 26 | 17 W. Main St., P.O. Box 7857 |   |
| 27 | Madison, WI 53707-7857 |   |
|   | Email: sullivanfx@doj.state.wi.us |   |
| 28 | Telephone: (608) 267-2222 |   |
|   | *Attorney for Plaintiff State of Wisconsin* |   |

<4660831>                                              -10-