IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission; all Fifty States, and the District of Columbia,<br><br>             Plaintiffs,<br><br>v.<br><br>Cancer Fund of America, Inc., a Delaware corporation, et al.,<br><br>             Defendants. | No. CV-15-00884-PHX-NVW<br><br>**ORDER APPROVING RECEIVER'S AMENDED TENTH REPORT AND MOTION TO APPROVE REPORT AND AUTHORIZE PAYMENT OF FEES AND COSTS FOR THE PERIOD ENDING FEBRUARY 29, 2016**<br><br>**RE: THE BREAST CANCER SOCIETY, INC.** |

The Receiver having filed the Receiver's Amended Tenth Report and Motion to Approve Report and Authorize Payment of Fees and Costs for the Period Ending February 29, 2016, Re: The Breast Cancer Society, Inc. (Doc. 303), and the Court having considered same, and it appearing to the Court that the matters requested are reasonable, just and appropriate:

IT IS HEREBY ORDERED granting the Receiver's Amended Tenth Report and Motion to Approve (Doc. 303).

IT IS FURTHER ORDERED:

1. Approving the Amended Tenth Report of the Receiver for Breast Cancer Society, Inc., attached as Exhibit "A" to the Receiver's Amended Tenth Report and Motion to Approve Report and Authorize Payment of Fees and Costs for the Period Ending February 29, 2016 Re: The Breast Cancer Society, Inc.;

2. Authorizing the Receiver to pay from assets of the receivership estate of the Breast Cancer Society, Inc.:

a. The amount of $8,676.43 to Receivership Management, Inc. for services rendered and costs incurred or paid from February 1, 2016 through February 29, 2016;

b. The amount of $1,372.10 to FitzGibbons and Company for services rendered and costs incurred or paid from February 1, 2016 through February 29, 2016; and

c. The amount of $2,431.70 to Guttilla Murphy Anderson, PC for services rendered and costs incurred or paid from February 1, 2016 through February 28, 2016.

Dated this 30th day of March, 2016.

Neil V. Wake
United States District Judge